**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                   (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   J.E. Berkowitz L.P.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   52 – 1550715

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | One Gateway Boulevard | 13 W Mill Street |
   | Number    Street | Number    Street |
   | | P.O. Box 427 |
   | | P.O. Box |
   | Pedricktown    NJ    08067 | Pedricktown    NJ    08067 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | Salem | **Location of principal assets, if different from principal place of business** |
   | County | |
   | *Former address. Facility turned over to the landlord prepetition. | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website** (URL)

   https://jeberkowitz.com/

Debtor   J.E. Berkowitz L.P.                                    Case number *(if known)*_____
         Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☑ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   3   2   7   2 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  J.E. Berkowitz L.P._____   Case number *(if known)*_____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
           District _____ When _____ Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.  Debtor  See Annex 1._____  Relationship _____
            District _____  When _____
                                                               MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number      Street
                                _____
                                _____  _____ _____
                                City                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

**Statistical and administrative information**

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor      J.E. Berkowitz L.P.                                    Case number (if known)_____
            Name

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☐ 50-99
    ☐ 100-199
    ☑ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☑ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☑ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on   07/14/2021
                  MM / DD / YYYY

    ✗ /s/ Neil Minihane                                         Neil Minihane
    Signature of authorized representative of debtor            Printed name

    Title   CRO of Consolidated Glass Holdings, Inc., as co-manager of Berkowitz
            & Company GP, LLC, the General Partner of J.E. Berkowitz L.P.

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

| Debtor | J.E. Berkowitz L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✗ _[signature]_
Signature of attorney for debtor

Date: 07/14/2021
MM / DD / YYYY

Derek C. Abbott
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market Street, 16th Floor
Number    Street

Wilmington         DE      19801-1347
City               State   ZIP Code

(302) 658-9200     dabbott@morrisnichols.com
Contact phone      Email address

3376               Delaware
Bar number         State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

## ANNEX 1

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On July 14, 2021, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| Columbia Commercial Building Products Acquisition LLC | 37-1651463 |
| Consolidated Glass Holdings, Inc. | 45-3523265 |
| J.E. Berkowitz L.P. | 52-1550715 |
| Shaw Glass Holdings, LLC | 61-1693670 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>J.E. Berkowitz L.P.,<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 21-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor hereby states as follows:

1. Berkowitz & Company GP, LLC owns 82.5% of J.E. Berkowitz L.P.

2. JEB Acquisition Holdings, LLC owns 17.5% of J.E. Berkowitz L.P.

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal EIN, is J.E. Berkowitz L.P. (0715).

**CONSENT OF GENERAL PARTNER OF J.E. BERKOWITZ, L.P.**

---

July 14, 2021

---

The undersigned, being the co-managers (the "Managers") of Berkowitz & Company GP, LLC (the "General Partner") and acting for and on behalf of the General Partner, and the General Partner acting, as applicable, individually and in its capacity as general partner of J.E. Berkowitz, L.P. (the "Company"), hereby consent to and adopt the following resolutions:

**WHEREAS**, the Managers have reviewed and considered, among other things, the financial condition of the Company on the date hereof;

**WHEREAS**, the Managers have received, reviewed, and considered the recommendations of the management of the General Partner and the General Partner's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case on behalf of the Company under the provisions of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Managers, acting on behalf of the General Partner, it is desirable and in the best interests of the Company and its equity, the creditors of the Company, and other interested parties that a voluntary petition be filed by the Company under the provisions of Chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that any officer of the Managers (the "Authorized Signatories" and each, individually, an "Authorized Signatory"), acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, as authorized signatories of the General Partner, and acting directly for and on behalf of the General Partner, and the General Partner acting, as applicable, individually and in its capacity as general partner of the Company, and as authorized signatories of the Company, acting directly for and on behalf of the Company, with full power of delegation, to negotiate, execute, verify, deliver, and file with the United States Bankruptcy Court for the District of Delaware, in the name and on behalf of the General Partner, acting as general partner of the Company and for and on behalf of the Company, or the Company directly, as an authorized signatories, all petitions, schedules, statements, and other documents (collectively, the "Chapter 7 Filings") (with such changes therein and additions thereto as any Authorized Signatory may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 7 Filings by any such Authorized Signatory with any changes thereto to be conclusive evidence that any such Authorized Signatory deemed such changes to meet such standard); and it is

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

**IN WITNESS WHEREOF**, the undersigned have executed this written consent on the date set forth below.

**Berkowitz & Company GP, LLC**, in its capacity as General Partner of the Company:

By: CONSOLIDATED GLASS HOLDINGS, INC.,
as co-manager

_____
By: Neil Minihane
Title: Chief Restructuring Officer
Date:   July 14, 2021

By: SSI CONSOLIDATED HOLDINGS, INC.,
as co-manager

_____
By: Neil Minihane
Title: Chief Restructuring Officer
Date:   July 14, 2021

2

**Fill in this information to identify the case and this filing:**

Debtor Name __J.E. Berkowitz L.P._____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/14/2021__                ✗ _/s/ Neil J. Minihane_____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                            __Neil Minihane_____
                                            Printed name

                                            __CRO of Co-Managers of Debtor's General Partner__
                                            Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**